FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 APR 18  P 1:55

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:22-CR-2 |
| | ) | |
| WILSON MARTINEZ | ) | |

## ORDER OF DISMISSAL

After careful consideration, the Government's motion requesting an order dismissing without prejudice the Indictment against Defendant Wilson Martinez is **GRANTED**. Accordingly, the Indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

So ordered, this 18th day of April 2022.

_____
HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA